# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



| | | |
|---|---|---|
| United States of America<br>vs.<br>Tony Lieng | ) ) ) ) ) ) | Case No.<br>07-CR-316 LJO |

FILED
OCT - 8 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY  J. HELLINGS
         DEPUTY CLERK

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ___Tony Lieng___, have discussed with ___Jacob Scott___, Supervising Pretrial Officer, modifications of my release conditions as follows:

To modify the defendant's electronic monitoring from home detention to **CURFEW:** You are restricted to your residence everyday from 9p.m. to 6a.m., unless otherwise approved in advance of the Pretrial Services Officer, and abide by all the requirements of the location monitoring program.

All other previously imposed conditions of release, not in conflict, remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____   10-4-10         _____   10/4/10
Signature of Defendant    Date              Pretrial Services Officer  Date
Tony Lieng                                   Jacob Scott

I have reviewed the conditions and concur that this modification is appropriate.

_____                               10/4/10
Signature of Assistant United States Attorney       Date
Karen Escobar

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                               10/5/10
Signature of Defense Counsel                        Date
Jon Renge

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on  10/06/10 .
☐ The above modification of conditions of release is *not* ordered.

_____   SM SNYDER                    10/06/10
Signature of Judicial Officer  U.S. MAGISTRATE JUDGE   Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services