Jon K. Renge, No. 188529
Law Office of Jon K. Renge
2100 Tulare Street, Suite 406
Fresno, CA 93721
Phone: (559) 444-0300
Fax: (559) 444-0300
E-Mail: jrenge@sbcglobal.net

Attorney for Defendant, TONY LIENG

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> vs.<br><br>TONY LIENG<br><br>    Defendant | Case No.: No. 1:07-CR-00316 LJO (003)<br><br>STIPULATION RE: MODIFYING DEFENDANT'S TERMS OF PRETRIAL SERVICES SUPERVISION;<br><br>ORDER |

TO:   THE UNITED STATES DISTRICT COURT, TO THE UNITED STATES ATTORNEY'S OFFICE, AND PRE-TRIAL SERVICES:

  IT IS HEREBY STIPULATED by and between the parties herein that the status of Mr. Lieng's terms of supervised released be modified so he can attend his brother-in-law's wedding.  Mr. Lieng would be leaving his home located in Clovis, CA on March 11, 2011 at 3:00 p.m.  He will staying in Lake Elsinore, California.  He will leaving that location and be returning home on March 14, 2011 at 4:00 a.m.

  This request has been discussed with Mr. Jacob Scott, Mr. Lieng's pre-trial officer and Ms. Karen Escobar, the AUSA handling Mr. Lieng's case.  Both parties do not have any objection to this request.

DATED: March 9, 2011                                  Respectfully Submitted,


                                                      /s/ JON K. RENGE
                                                      _____
                                                      JON K. RENGE
                                                      Attorney for Tony Lieng

DATED: March 9, 2011
                                                      /s/ KAREN ESCOBAR
                                                      _____
                                                      Assistant U.S. Attorney


*********

**ORDER**

IT IS ORDERED that Mr. Lieng's terms of pretrial supervision be modified so he can attend his brother-in-law's wedding.  Mr. Lieng would be leaving his home located in Clovis, CA on March 11, 2011 at 3:00 p.m.  He will staying in Lake Elsinore, California.  He will leaving that location and be returning home on March 14, 2011 at 4:00 a.m.


IT IS SO ORDERED.

**Dated:   March 10, 2011**                    /s/ Sandra M. Snyder
                                               UNITED STATES MAGISTRATE JUDGE